**Copyrights-In-Suit for IP Address 76.181.246.17**

**ISP:** Road Runner
**Location:** Columbus, OH

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Christmas Story | PA0001874527 | 12/24/2013 | 12/30/2013 | 01/03/2014 |
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 10/23/2012 |
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 12/19/2012 |
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 01/05/2014 |
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 01/05/2014 |
| Almost Famous | PA0001864687 | 09/27/2013 | 09/30/2013 | 01/05/2014 |
| Alone Is A Dream Left Behind | PA0001860984 | 08/24/2013 | 09/10/2013 | 09/08/2013 |
| Amazing Grace | PA0001806477 | 09/14/2012 | 09/19/2012 | 09/20/2012 |
| Apertif Our Style | PA0001874522 | 12/23/2013 | 12/30/2013 | 01/01/2014 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 12/03/2013 |
| Awakening | PA0001868806 | 11/09/2013 | 11/10/2013 | 11/23/2013 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 06/16/2013 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 09/21/2012 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 11/04/2013 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 10/26/2013 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 10/23/2013 |
| Burning | PA0001860951 | 07/27/2013 | 08/26/2013 | 01/05/2014 |
| Come Inside From the Cold | PA0001862484 | 09/12/2013 | 09/18/2013 | 09/13/2013 |
| Come To Me Now | PA0001892181 | 04/21/2014 | 04/29/2014 | 04/21/2014 |
| Czech Beauties | PA0001859654 | 07/19/2013 | 08/01/2013 | 01/12/2014 |
| Date Night at Home | PA0001864689 | 09/29/2013 | 09/30/2013 | 09/29/2013 |

EXHIBIT B

SOH59

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 01/05/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 04/18/2014 |
| Elle Hearts Girls | PA0001847652 | 05/30/2013 | 06/18/2013 | 01/05/2014 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 09/09/2013 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 01/05/2014 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 09/06/2012 |
| Formidable Beauty | PA0001814785 | 11/17/2012 | 11/19/2012 | 12/14/2012 |
| Girls Love Pink and Diamonds | PA0001862290 | 09/05/2013 | 09/08/2013 | 09/05/2013 |
| Girls Night Out | PA0001762409 | 11/14/2011 | 11/23/2011 | 01/05/2014 |
| Girls Who Like Girls | PA0001852676 | 06/20/2013 | 06/27/2013 | 01/05/2014 |
| Going Strong | PA0001859660 | 07/06/2013 | 08/02/2013 | 07/08/2013 |
| Good Morning Baby | PA0001847655 | 06/04/2013 | 06/18/2013 | 06/16/2013 |
| Good Vibrations | PA0001800359 | 07/02/2012 | 07/09/2012 | 01/05/2014 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 10/17/2013 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 10/21/2013 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 12/14/2012 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 11/23/2013 |
| Hot Brunettes | PA0001865957 | 10/03/2013 | 10/06/2013 | 10/15/2013 |
| I Can Not Wait | PA0001877473 | 01/27/2014 | 01/31/2014 | 01/27/2014 |
| I Want to Tell You | PA0001872082 | 11/27/2013 | 12/04/2013 | 12/06/2013 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 10/13/2013 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/09/2014 |
| Insanely Gorgeous | PA0001885205 | 03/19/2014 | 03/24/2014 | 03/19/2014 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/03/2012 |
| Introducing Kenzie | PA0001862286 | 09/07/2013 | 09/08/2013 | 09/08/2013 |

EXHIBIT B

SOH59

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Lipstick Lesbians | PA0001817755 | 12/15/2012 | 12/17/2012 | 12/15/2012 |
| Lovely Lovers | PA0001787330 | 04/18/2012 | 04/18/2012 | 09/12/2012 |
| Lovers at Home | PA0001868816 | 11/05/2013 | 11/10/2013 | 01/05/2014 |
| Loving Angels | PA0001817752 | 11/30/2012 | 12/17/2012 | 01/05/2014 |
| Made for Each Other | PA0001860974 | 07/31/2013 | 08/29/2013 | 08/01/2013 |
| Marry Me | PA0001847650 | 05/25/2013 | 06/18/2013 | 01/05/2014 |
| Model Couple | PA0001852677 | 06/22/2013 | 06/27/2013 | 06/22/2013 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 12/19/2013 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/01/2013 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 09/12/2012 |
| Much Needed Vacation | PA0001866083 | 10/21/2013 | 10/21/2013 | 10/21/2013 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 11/20/2013 |
| Newlyweds | PA0001859662 | 07/04/2013 | 07/26/2013 | 07/08/2013 |
| No Turning Back Part #1 | PA0001874524 | 12/21/2013 | 12/30/2013 | 12/22/2013 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 12/31/2013 |
| Photo Fantasy | PA0001808631 | 09/28/2012 | 09/28/2012 | 10/03/2012 |
| Photo Finish | PA0001874616 | 12/29/2013 | 01/05/2014 | 01/03/2014 |
| Pretty Babies | PA0001835953 | 04/05/2013 | 04/29/2013 | 04/08/2013 |
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 09/08/2013 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 12/06/2013 |
| Rolling in the Sheets | PA0001847653 | 06/01/2013 | 06/17/2013 | 06/03/2013 |
| Romantic Memories | PA0001790375 | 05/16/2012 | 05/16/2012 | 06/09/2013 |
| Roommates | PA0001786265 | 04/10/2012 | 04/11/2012 | 04/06/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/18/2013 |
| Russian Invasion | PA0001808629 | 09/26/2012 | 09/28/2012 | 09/27/2012 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sapphic Waltz | PA0001843110 | 05/07/2013 | 05/14/2013 | 06/16/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 02/03/2013 |
| Silver Bullets | PA0001790373 | 05/13/2012 | 05/16/2012 | 06/18/2013 |
| Simply Stunning | PA0001843103 | 05/03/2013 | 05/14/2013 | 06/18/2013 |
| Sneak N Peek | PA0001791522 | 06/01/2012 | 06/01/2012 | 09/02/2012 |
| Sneaking In | PA0001860962 | 08/17/2013 | 09/08/2013 | 08/22/2013 |
| Snow White and the Prince | PA0001846095 | 05/22/2013 | 06/17/2013 | 04/16/2014 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 12/13/2013 |
| Spontaneous | PA0001860977 | 08/22/2013 | 09/10/2013 | 09/08/2013 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/03/2012 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 02/08/2014 |
| Surprise Surprise | PA0001892186 | 04/27/2014 | 04/29/2014 | 04/27/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 04/25/2014 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 12/14/2012 |
| The Best Blondes | PA0001865816 | 10/09/2013 | 10/11/2013 | 10/16/2013 |
| The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 04/17/2014 |
| The Sleepover | PA0001838600 | 04/23/2013 | 04/28/2013 | 01/10/2014 |
| The Way I Feel | PA0001874745 | 01/08/2014 | 01/15/2014 | 01/10/2014 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 10/16/2013 |
| They Only Look Innocent | PA0001877471 | 01/24/2014 | 01/31/2014 | 02/05/2014 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 01/12/2014 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/21/2012 | 01/05/2014 |
| Through the Looking Glass | PA0001851980 | 06/30/2013 | 07/05/2013 | 07/01/2013 |
| Together at Last | PA0001846096 | 05/18/2013 | 06/16/2013 | 05/20/2013 |
| Triple Threat | PA0001860961 | 08/13/2013 | 09/02/2013 | 08/13/2013 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 02/27/2013 |
| Two Boys and a Girl | PA0001828896 | 03/05/2013 | 03/12/2013 | 03/05/2013 |
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 09/18/2012 |
| Unveiling Part #1 | PA0001863105 | 09/19/2013 | 09/23/2013 | 10/16/2013 |
| Up Close and Personal | PA0001859653 | 07/21/2013 | 08/01/2013 | 07/22/2013 |
| Wake Me Up Like This | PA0001862289 | 09/01/2013 | 09/08/2013 | 09/05/2013 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/17/2013 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 07/24/2013 |
| We Love Ourselves | PA0001860944 | 08/26/2013 | 09/08/2013 | 08/28/2013 |
| What a Girl Wants Part #2 | PA0001847660 | 06/15/2013 | 07/09/2013 | 01/06/2014 |
| Without Words | PA0001859650 | 07/17/2013 | 08/01/2013 | 07/25/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 07/08/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 04/24/2013 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 01/05/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  110**

EXHIBIT B

SOH59