**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                        Civil Action No. 2:14-cv-00570-EAS-EPD

JOHN DOE, subscriber assigned IP address 76.181.246.17,

       Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>.  John Doe was assigned the IP Address 76.181.246.17.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  September 12, 2014

                                          Respectfully submitted,

                                          By:  /s/ *Yousef M. Faroniya*
                                          Yousef M. Faroniya
                                          yousef@YMFincorporated.com
                                          YMF Inc.: The Law Office of Yousef M. Faroniya
                                          84 S. 4th Street
                                          Columbus, OH 43215
                                          Phone:614-360-1855
                                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: _/s/ *Yousef M. Faroniya*_____
                                        Yousef M. Faroniya